UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 21-186 MLP |
| v. | DETENTION ORDER |
| DAVID WEAVER, | |
| Defendant. | |

Mr. Weaver is charged with conspiracy to possess with intent to distribute methamphetamine, conspiracy to possess with intent to distribute fentanyl, conspiracy to possess with intent to distribute heroin, and possession of a firearm in furtherance of a drug trafficking.

On April 1, 2021, the Court held a hearing via a Zoom videoconference, with the consent of Mr. Weaver, due to the exigent circumstances as outlined in General Order 18-20.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention set forth on the record and hereafter, finds: There is therefore a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e). Mr. Weaver was not interviewed so very little is known about him. Mr. Weaver poses a risk of nonappearance due to prior history of convictions for escape, failure to appears, violations of supervised release, and

DETENTION ORDER - 1

warrants. Defendant poses a risk of danger due to the nature of the offense and his criminal history. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure the Mr. Weaver's appearance at future court hearings while addressing the danger to other persons or the community.

Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the Mr. Weaver as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1) Mr. Weaver shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Weaver shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Weaver is confined shall deliver Mr. Weaver to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Mr. Weaver, to the United States Marshal, and to the United States Pretrial Services Officer.

\\
\\

Dated this 1st day of April, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3